IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX. REL. et al | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| | : | NO. 17-2233 |
| UNIVERSAL HEALTH SERVICES INC et al | | |

O R D E R

**AND NOW, TO WIT:** this 13th day of August 2020, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman, Clerk of Court**

**BY:** s/ Joseph B. Walton
Joseph B. Walton
Civil Deputy to
Judge Anita B. Brody

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON  08/13/2020